UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>BULFRANO ALCAZAR-ANGUIANO,<br><br>                    Defendant. | No.  CR-12-2069-EFS<br><br>**ORDER GRANTING THE USAO'S MOTION TO DISMISS** |

On February 11, 2013, the Court construed paragraph 9 of the parties' Plea Agreement in Cause No. CR-12-2063-EFS-02 as a motion to dismiss the Indictment in the above-captioned case.  ECF No. 38.  A hearing occurred in the above-captioned matter on March 20, 2013. Defendant Bulfrano Alcazar-Anguiano was present, represented George Trejo.  Assistant U.S. Attorney Benjamin Seal appeared on behalf of the U.S. Attorney's Office's (USAO).  Having reviewed the pleadings, the Court was fully informed and granted the USAO's motion.  This Order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

1. The USAO's construed motion to dismiss the Indictment in Cause No. CR-12-2069-EFS is **GRANTED**.

//

//

ORDER GRANTING THE USAO'S MOTION TO DISMISS - 1

2.   The Indictment in Cause No. CR-12-2069-EFS, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**. The Court makes no judgment as to the merit or wisdom of this dismissal.

3.   All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  25th  day of March 2013.

                    s/ Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge